[No. 22567.   Department Two.   June 4, 1930.]

THE STATE OF WASHINGTON, *on the Relation of Robert P. Donnelly et al., Plaintiffs,* v. RALPH C. BELL, *Respondent.*[1]

*Anderson & Richards* and *Earl W. Husted,* for relators.
*Charles R. Denney,* for respondent.

PER CURIAM.—This is a similar case to that of *State ex rel. Miller v. Bell, ante* p. 279, 289 Pac. 25.

In this case there are three counts in the information, alleging different dates and different quantities of intoxicating liquor, other than alcohol, being carried about by relators, for unlawful sale or disposition in Snohomish county, Washington.

For the reasons stated in the *Miller* case, *supra,* the alternative writ is quashed and the peremptory writ denied.